# Court of Appeals
# of the State of Georgia

ATLANTA, February 07, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0837. CRAY v. JEFF DAVIS COUNTY HOSPITAL AUTHORITY.**

This appeal was docketed on December 15, 2016. The appellant's brief and enumeration of errors were due to be filed no later than January 4, 2017. Court of Appeals Rules 22 (a) and 23 (a). On January 12, 2017, this court issued an order directing appellant to file a brief and enumeration of errors within 10 days, being no later than January 23, 2017. Appellant has not timely filed a brief and enumeration of errors, and no further extension of time for filing has been granted. Accordingly, this appeal is DISMISSED. Court of Appeals Rules 7 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/07/2017
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*